

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00067-CV

Ahmad Zabihian, New World Car Nissan, Inc. d/b/a World Car Hyundai, and New World Car Imports - San Antonio, Inc.

v.

Hyundai Motor America and Roger Beasley Imports, Inc. d/b/a Roger Beasley Hyundai - New Braunfels

On Appeal from the
438th District Court of Bexar County, Texas
Trial Court Cause No. 2013-CI-20011

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 2, 2021